FILED ___ LODGED
___ RECEIVED
DEC 2 3 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY WALLING, <br><br> Defendant. | NO. CR09-5725RJB <br><br> ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and attachments thereto, are to be sealed.

DONE this 23d day of December, 2009.

_/s/ Robert J. Bryan_
JUDGE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Colin Fieman
Colin Fieman
Attorney for Defendant

09-CR-05725-ORD

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710