|   |   |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY WALLING, <br><br> Defendant. | CASE NO. CR 09-5725 RJB <br><br> ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

THIS MATTER comes before the Court on Defendant's Motion for Early Termination of Supervised Release (Dkt. 49), and the Court having reviewed the instant motion, the Plaintiff's objection, and the records and files herein, and it appearing to the Court that the Defendant should serve his full ten year supervised release term, now, therefore,

IT IS HEREBY ORDERED that the Defendant's Motion for Early Termination of Supervised Release (Dkt. 49) is **DENIED**.

ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of April, 2018.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge